IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Carl D. Salmon, | C/A No.: 3:14-4493-MBS-SVH |
| Plaintiff, | |
| vs. | ORDER |
| South Carolina Electric and Gas, | |
| Defendant. | |

Plaintiff brought this employment discrimination action through counsel. Defendant filed a partial motion to dismiss on November 26, 2014. [ECF No. 5]. Plaintiff's response to the motion to dismiss was due by December 15, 2014, but he has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon his Second Cause of Action for retaliation in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq*. and of Title VII of the Civil Rights Act of 1964. Based on the foregoing, Plaintiff is directed to file a response to Defendant's motion to dismiss by January 7, 2015. Plaintiff is further advised that if he fails to respond, the undersigned will recommend Defendant's partial motion to dismiss be granted as unopposed pursuant to Local Civ. Rule 7.06.

IT IS SO ORDERED.

December 30, 2014                    Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge